**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No. 26-cr-00229-TNM** |
| : | | |
| **JAMES BRIEN COMEY, JR.,** | : | **UNDER SEAL** |

NOTICE OF CORRECTION OF SCRIVENER'S ERRORS IN THE INFORMATION

The United States, through undersigned counsel, respectfully submits this Notice of Correction of Scrivener's Errors regarding the Information filed on October 5, 2025. Because the issue of unsealing the Information is currently before the Court, the government requests that the attached corrected version be substituted for the previously filed version.'

The sole correction appears in the signature block and reflects counsel's full and proper title, "Special Assistant United States Attorney." No other changes have been made.

A corrected copy of the Information is attached as Attachment 1.

WHEREFORE, the United States respectfully submits this Notice of Correction of Scrivener's Errors.

Dated: October 26, 2026

R. TRENT MCCOTTER
Acting Deputy Attorney General

AAKASH SINGH
Associate Deputy Attorney General

s/ Dustin Farahnak
Dustin Farahnak
Special Assistant United States Attorney
for the District of Columbia

RECEIVED
OCT 26 2026
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice has been served via the electronic case filing system to counsel of record for the defendant, this 26th day of October 2026.

s/ Dustin Farahnak
Dustin Farahnak
Special Assistant United States Attorney
for the District of Columbia